**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

*08-311*

## I. (a) PLAINTIFFS

*Melvin Crosby Bey*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** *11001*
**(EXCEPT IN U.S. PLAINTIFF CASES)**

*PRO SE* (PR)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

*Edward F. Reilly, Jr.*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00311
Assigned To : Kennedy, Henry H.
Assign. Date : 2/25/2008
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

(○) 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated or Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— ○ —

| ■ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| ● 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

● 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*28 USC 224 - Habeas Corpus -*

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23      DEMAND $      Check YES only if demanded in complaint
JURY DEMAND: □ YES  ● NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)    □ YES  ● NO    If yes, please complete related case form.

DATE *2.25.08*    SIGNATURE OF ATTORNEY OF RECORD *NCO*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\ forms\js-44.wpd

Rev. 7/06
CO Hab Corp
AO 241 amd.

**FILED**

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

*Melvin Crosby Bey/AKA*
*Anthony Crosby Bey*
NAME (Under which you were convicted)

*DC DC No. 175-772*
PRISON NUMBER

*CCA/Correctional Treatment Facility*
PLACE OF CONFINEMENT/ADDRESS
*1901 E Street, S.E.*
*Washington, D.C. 20003*

*Melvin Crosby Bey/AKA*
*Anthony Crosby Bey*                    )
(Full Name)          Petitioner        )
                                        )
                                        )          Case: 1:08-cv-00311
                                        )          Assigned To : Kennedy, Henry H.
            v.                          )          Assign. Date : 2/25/2008
*Edward F. Reilly, Jr, In his official* )          Description: Habeas Corpus/2255
*capacity as Commissioner of the United*)
*States Parole Commission,*             )
*Devon Brown, In his official capacity* )
(Name of Warden, Superintendent, Jailor, or   )
authorized person having custody of petitioner) )
                    Respondents         )
*as Director of the District of Columbia*
*Department of Corrections, and*
*John Caulfield, In his official capacity as*
*Warden of the*
*Correctional*          **PETITION FOR WRIT OF HABEAS CORPUS**
*Treatment*             **BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA**
*Facility*

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.  This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3.  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

**RECEIVED**

FEB 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*1*

Page 2

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a)  Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
    _Superior Court of the District of Columbia_
    _500 Indiana Avenue, N.W._
    _Washington, D.C. 20001_

2.  (a)  Date of the sentence (or detention): _August, 1976_

3.  Length of sentence: _forty-five (45) years_

4.  Nature of offense involved (all counts): _Burglary II w/ armed, ADW, and CPWOL_

5.  (a)  What was your plea? (Check one):
    ☑  Not guilty
    ☐  Guilty
    ☐  Nolo Contendere (no contest)
    ☐  Insanity

(b)   If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____ *N/A* _____

_____

_____

_____

_____

_____

6.   Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☐ ⟋ Yes

☑ No

7.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1)   Name of Court: _____ *N/A* _____

(2)   Nature of the proceedings: _____

_____

_____

(3)   Grounds raised: _____

_____

_____

_____

(4)   Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes

☐ No

(5)   Result: _____

(6)   Date of result: _____

(b)   As to any second petition, application, or motion, give the same information:

(1)   Name of Court: _____ *N/A* _____

(2)   Nature of the proceedings: _____

_____

_____

(3)   Grounds raised: _____

_____

_____

_____

(4)   Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes

☐ No

(5)   Result: _____

(6)    Date of result: _____

(c)    As to any third petition, application, or motion, give the same information:

    (1)    Name of Court: _____ *N/A* _____

    (2)    Nature of the proceedings: _____

            _____

            _____

            _____

    (3)    Grounds raised: _____

            _____

            _____

            _____

            _____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?

            ☐    Yes

            ☐    No

    (5)    Result: _____

    (6)    Date of result: _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?

    (1)    First petition, etc."

            ☐    Yes

            ☐    No

    (2)    Second petition, etc.:

            ☐    Yes

            ☐    No

    (3)    Third petition, etc.:

            ☐    Yes

            ☐    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____ *N/A* _____

    _____

    _____

    _____

    _____

    _____

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.    **GROUND ONE:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _Crosby Bey was convicted of a felony under the D.C. Code in 1976, and was subsequently re-leased on parole by the District of Columbia Board of Parole ("Board"). On/about November 16, 2007, petitioner was arrested on a parole violator warrant for alleged technical violations of parole. On November 23, 2007 a late probable cause hearing was held by a U.S. Parole Commission ("USPC") hearing examiner at the D.C. Jail. Prior to the probable cause hearing petitioner had an in-terview with assigned Public Defender Service_

                                               _SEE Attached PAGES_

B.    **GROUND TWO:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

C.    **GROUND THREE:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

D.    GROUND FOUR:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

9.    If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____N/A_____

_____
_____
_____
_____
_____
_____
_____
_____

10.    Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☐ ✓ Yes
    ☑ No

    (a)    If so, give the name and location of the court and case number, if known: _____

_____
_____
_____

11.    Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ ✓ Yes
    ☑ No

    (a)    If so, give name and location of court which imposed sentence to be served in the future:

_____
_____
_____

Page 7

(b)     And give date and length of sentence to be served in future: _____ *N/A* _____

_____

(c)     Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐     Yes

☑     No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Petitioner's Signature

_____
Date

attorney, Olinda Moyd. During that interview attorney Moyd filled out a document entitled Guideline for Decisionmaking, which the USPC uses as an evaluation sheet containing a 'salient factor score'. Once attorney Moyd performed a calculation with the evaluation sheet it was determined that as an alleged administrative parole violator, petitioner was graded under Category One with a reparole prognosis of fair risk and a set-off guideline range of eight (8) to twelve (12) months pursuant to the retroactive federal regulations.

At the time of petitioner's sentence in 1976, parole decisions were made by the Board according to the guidelines it had promulgated in 1981. See Title 9 D.C.R.R. §105 et seg. (1981). Pursuant to the less onerous Board regulations petitioner would only receive a six (6) month set-off for administrative technical parole violations. The eight (8) to twelve (12) month guideline set-off range that was calculated at petitioner's probable cause hearing under the existing federal regulations creates a significant risk of increased/ enhanced punishment, which is an unconstitutional ex post facto law.

The Board's regulations had been importantly different from the federal parole/reparole regulations, because the Board had placed significant weight on post-incarceration behavior, including rehabilitative accomplishments in making release determinations.

A. Ground One Continued
Page No. Two

The retroactive application of the federal reparole regulations, rather than the Board's regulations, created a significant risk of increased punishment, and is thus an unconstitutional ex post facto law. The federal regulations in their practical operation, create a significant risk of increased punishment.

Petitioner avers that the federal reparole regulations, unlike the Board's former regulations, are primarily concerned with punishment and recidivism, and do not factor evidence of post-incarceration rehabilitation into reparole determinations. It is undisputable that the retroactively applied federal parole/reparole regulations does as a practical matter creates a significant risk of prolonging petitioner's incarceration.

In essence, the retroactive application of the federal reparole regulations adversely affects both petitioner's 'eligibility' and his 'suitability' for reparole. The federal reparole regulations, unlike the Board's former regulations are primarily concerned with punishment and recidivism, and therefore, the USPC does not account for evidence of post-incarceration rehabilitation in reparole determinations.

PETITIONER HAS demonstrated that the retroactively applied federal parole or reparole regulation or guideline violates the Ex Post Facto Clause, because it creates a significant risk of prolonging petitioner's incarceration and increasing his punishment.

WHEREFORE, based on the foregoing reasons petitioner prays that this honorable court grant the following relief in the fair administration of justice and the cause of this case:

FORTHWITH issue an appropriate "ORDER" directing the U.S. Parole Commission to utilize the Board's Title 9 D.C.R.R. §105 et seq. (1981) parole/reparole guidelines at petitioner's present and any future reparole hearings held by the U.S. Parole Commission.

Respectfully submitted,

Melvin Crosby Bey
In propria persona