UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MELVIN CROSBY-BEY,** | : | |
| also known as ANTHONY CROSBY -BEY, | : | Civil Action No. 08-311 (HHK) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **EDWARD F. REILLY, Jr. et al.,** | : | |
| Respondents | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

  /s/  Robert D. Okun
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078

  /s/ Sherri L. Berthrong
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

-2-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court, this 11th day of March, 2008.

                                    /s/ Sherri L. Berthrong
                                Sherri L. Berthrong
                                Assistant United States Attorney