UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELVIN CROSBY-BEY,** : | |
| Also Known As **ANTHONY CROSBY-BEY,** : | Civil Action No. 08-311 (HHK) |
| Petitioner : | |
| : | |
| v. : | |
| : | |
| **EDWARD F. REILLY, Jr., et al.,** : | |
| Respondents : | |

**UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A RESPONSE TO PETITIONER'S PETITION
FOR A WRIT OF HABEAS CORPUS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a 30 day enlargement of time, until April 21, 2008, within which to file a response to the petitioner's pro se petition for a writ of habeas corpus. In support of this motion, the United States states:

1. The petitioner filed, on February 25, 2008, a pro se petition requesting a writ of habeas corpus in which the petitioner claims that the U.S. Parole Commission's application of its rules and regulation during his parole revocation proceeding violates the Ex Post Facto clause of the Constitution. On February 28, 2008, the Court ordered the United States to respond within 10 days of service of its Order which made the government's response due by March 21, 2008.

2. In order to adequately respond to the petitioner's claims, it is necessary for the U.S. Parole Commission to obtain documents relating to the petitioner's parole history, and to research his claims. The undersigned attorney has been in contact with the U.S. Parole Commission; the attorney for the U.S. Parole Commission is in the process of obtaining and

reviewing the petitioner's parole file.

    3. The undersigned Assistant U.S. Attorney and the U.S. Parole Commission's attorney have had several other briefs due during the pendency of the Court's order. The amount of time requested is reasonable in light of the undersigned's workload, the need to obtain and review the documents from the U.S. Parole Commission, and to prepare a response to the petitioner's petition. Furthermore, this is the United States' first request for an enlargement of time and the petitioner should not be unduly prejudiced by this request.

    4. Accordingly, the United States requests a 30 day enlargement of time, until April 21, 2008, within which to file a response to the petitioner's pro se petition for a writ of habeas corpus.

    A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

_____/s/_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078

_____/s/_____
SHERRI L. BERTHRONG
Assistant United States Attorney
Special Proceedings Division
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the United States' Motion has been served by mail upon the petitioner, Melvin Crosby-Bey, also known as, Anthony Crosby-Bey, DCDC # 175-772, D.C. Correctional Treatment Facility, 1901 E. Street, S.E., Washington, D.C. 20003, this 18th day of March, 2008.

                                               _____/s/ _____
                                               Sherri L. Berthrong
                                               Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN CROSBY-BEY, :
    Also Known As ANTHONY CROSBY-BEY,:   Civil Action No. 08-311(HHK)
    Petitioner :
 :
v. :
 :
EDWARD F. REILLY, Jr., et al., :
    Respondents :

**ORDER**

Upon consideration of the United States' motion for an enlargement of time within which to file a response to petitioner's pro se petition for writ of habeas corpus, and good cause having been shown, it is hereby **ORDERED**:

The United States shall have until April 21, 2008, within which to file its response to the petitioner's petition for writ of habeas corpus.

**SO ORDERED** this _____day of _____, 2008

_____/s/_____
Henry H. Kennedy, Jr.
U.S. District Court Judge

Copies to:

Melvin Crosby-Bey, also known as,
    Anthony Crosby-Bey
DCDC # 175-772
D.C. Correctional Treatment Facility
1901 E Street, S.E.
Washington, D.C. 20003

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530