UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN CROSBY BEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 08-0311 (HHK) |
| | ) |
| EDWARD F. REILLY, JR., *et al.*, | ) |
| | ) |
| Respondents. | ) |

DISTRICT OF COLUMBIA'S RESPONSE TO ORDER TO SHOW CAUSE

Petitioner Melvin Crosby Bey filed a pro se petition for writ of habeas corpus seeking an order directing the U.S. Parole Commission to apply certain guidelines to his present and future parole hearings. The petition names as respondents Edward F. Reilly, Jr., in his official capacity as Commissioner of the U.S. Parole Commission; Devon Brown, in his official capacity as Director of the D.C. Department of Corrections; and John Caufield, in his official capacity as Warden of the Correctional Treatment Facility. The District of Columbia, through counsel, respectfully files this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

1.  The petitioner challenges the application of the present parole guidelines of the U.S. Parole Commission. Petitioner was convicted of a felony under the D.C. Code in 1976, released on parole by the D.C. Board of Parole, and then re-arrested as an alleged parole violator in November 2007. (Pet. 5). Plaintiff claims that his parole hearings before the U.S. Parole Commission should be governed by the D.C. Board of Parole regulations in effect at the time of his conviction and that the "retroactive" application of the U.S. Parole Commission's regulations violates the Ex Post Facto Clause.

2. The District of Columbia cannot respond to the merits of the petition because it has no authority over parole matters. Under the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, D.C. Code § 24-101 -131 (2001), Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the Federal Bureau of Prisons, and also transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole Commission. <u>Crawford v. Jackson</u>, 323 F.3d 123, 125-126 (D.C. Cir. 2003). In accordance with that Act, the D.C. Board of Parole has been disbanded, and the U.S. Parole Commission has assumed all its parole functions. Thus, the District of Columbia has no ability or authority to respond to the merits of the habeas corpus petition, but will abide by any decision of the Court.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

<u>/s/ Toni Michelle Jackson /s/</u>
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

<u>/s/ Carl J. Schifferle /s/</u>
By:   CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing response was mailed on this __24th__ day of March, 2008, by first-class mail, postage prepaid, to:

Melvin Crosby Bey
DCDC# 175-772
Correctional Treatment Facility
1901 E Street, S.E.
Washington, DC 20003

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN CROSBY BEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 08-0311 (HHK) |
| | ) |
| EDWARD F. REILLY, JR., *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

ORDER

Upon consideration of the District of Columbia's Response to the Court's Order to Show Cause, and for the reasons stated therein, it is by the Court this _____ day of _____, 2008,

ORDERED, that the Order to Show Cause is hereby DISCHARGED.

_____
HENRY H. KENNEDY, JR.
United States District Judge