UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN CROSBY BEY,                :

Petitioner
                                  :

    v.                            
                                      Civil Action No. 08-311 (HHK
                                  :
EDWARD F. REILLY, Jr., et al.     :

Respondents                       :

NOTICE OF FILING

Comes now, petitioner Melvin Crosby Bey and respectfully informs the Court to note for the record that his address was recently changed involuntarily. Petitioner's former address was D.C. Correctional Treatment Facility, 1901 E Street, S.E., Washington, D.C. 20003. However, on April 16, 2008, petitioner was transferred to Rivers Correctional Facility, P.O. Box 630, Winton, North Carolina 27986. Please note for the record the change of petitioner's address.

RECEIVED
APR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Melvin Crosby Bey
Reg. No. 01366-000
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing has been served by mail, postage prepaid to the United States District Court for the District of Columbia, on this 21st day of April, 2008.

Melvin Crosby Bey
Petitioner pro se