UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MELVIN CROSBY BEY,               :

    Petitioner
                                  :

v.                               :   Civil Action No. 08-311 (HHK)

EDWARD F. REILLY, Jr., et al.
                                  :
    Respondents           :

PETITIONER'S MOTION FOR ENLARGEMENT OF TIME
TO FILE A TRAVERSE TO THE UNITED STATES
RESPONSE TO PETITIONER'S PETITION FOR
A WRIT OF HABEAS CORPUS

Comes now, petitioner Melvin Crosby Bey, pro se, respectfully requests a 60 day enlargement of time, until June 21, 2008, within which to file a traverse to the respondents opposition to petitioner's pro se petition for a writ of habeas corpus. In support of this motion, the petitioner states as follows:

1. The respondents filed on April 4, 2008, there opposition to petitioner's petition for a writ of habeas corpus, which was received on April 10, 2008. At that time petitioner was housed at the Correctional Treatment Facility ("CTF") in Washington, D.C., and was only allowed to use the law library for 'only' one (1) hour per week.

2. Subsequently, on or about April 16, 2008, petitioner was abruptly transferred from CTF to Rivers Corrrectional Institution ("RCI") in Winton, North Carolina. The law library here at the RCI facility is not adequately supplied with the necessary law books that petitioner needs to perform meaningful and effective legal research

on the issues in his case.

3. The amount of time requested is reasonable in light of the extenuating circumstances of not having access to an adequate law library, and to prepare a traverse to the respondents opposition. Furthermore, this is the petitioner's first request for an enlargement of time and the respondents will not be unduly prejudiced by this request.

WHEREFORE, petitioner prays that this honorable Court will grant a thirty (30) day enlargement of time up to and including June 21, 2008, within which to file a traverse to the respondents opposition.

Respectfully submitted,

/s/ Melvin Crosby Bey
Melvin Crosby Bey
Reg. No. 01366-000
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the petitioner's Motion has been served by mail, postage prepaid upon the respondents attorney, Sherri L. Berthrong, Assistant United States Attorney, Special Proceedings Division, 555 - 4th Street, N.W., Room 10-450, Washington, D.C. 20530, this 21st day of April, 2008.

/s/ Melvin Crosby Bey
Melvin Crosby Bey
Petitioner pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN CROSBY BEY,  :

    Petitioner

                         :

v.                           Civil Action No. 08-311 (HHK)

                        :

EDWARD F. Reilly, Jr., et al.

    Respondents  :

## ORDER

Upon consideration of the petitioner's motion for an enlargement of time within which to file a traverse to respondents opposition to petitioner's petition for a writ of habeas corpus, and good cause having been shown, it is hereby ORDERED:

The petitioner shall have until June 21, 2008, whithin which to file his traverse to the respondents opposition to petitioner's petition for writ of habeas corpus.

SO ORDERED this_____day of_____,2008.

                                            _____/s/_____
                                          Henry H. Kennedy, Jr.
                                          U.S. Dristrict Judge

Copies to:

Sherri L. Berthron
AssistaNT United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530

Melvin Crosby Bey
Reg. No. 01366-000
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986