UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN CROSBY BEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 08-0311 (HHK) |
| | ) |
| EDWARD F. REILLY, JR., *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

NOTICE OF JOINDER IN THE DISTRICT OF COLUMBIA'S RESPONSE TO ORDER TO SHOW CAUSE
=====

At the request of Warden Caufield, the District of Columbia hereby advises the Court that Warden Caufield joins in the District's response to the order to show cause why the writ of habeas corpus should not issue.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
By:  CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

2

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing response was mailed on this __9th__ day of May, 2008, by first-class mail, postage prepaid, to:

Melvin Crosby Bey
R01366-000
RIVERS CORRECTIONAL INSTITUTION
Occoquan Facilities
P.O. Box 630
Winton, NC 27986-0630

                                   /s/ Carl J. Schifferle /s/
                                   CARL J. SCHIFFERLE
                                   Assistant Attorney General