

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N W
WASHINGTON, DC 20001

OFFICIAL BUSINESS

NIXIE        207  DC  1          DC  05/04/08

RETURN  TO  SENDER
NOT  DELIVERABLE  TO
UNABLE  TO  FORWARD

EC:  20001268999                *0617-04414-04-26

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

MAY - 5 2008

UTF

02 1P          $ 00.410
00046-4848      APR 30 2008
MAILED FROM ZIP CODE 20001