UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN CROSBY BEY,　　　　　　　:

　　　　Petitioner
　　　　　　　　　　　　　　　　:

v.　　　　　　　　　　　　　　　　Civil Action No. 08-311 (HHK)

EDWARD F. REILLY, Jr., et al.　:

　　　　Respondents
―――――――――――――――――――――― :

RECEIVED
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION REQUESTING APPOINTMENT OF COUNSEL
PRO BONO PUBLICO

　　Comes now petitioner, Melvin Crosby Bey, and respectfully moves (pray) for this honorable Court to appoint counsel pro bono publico pursuant to 18 U.S.C.A. §3006A, to represent petitioner in his pending Petition for Writ of Habeas Corpus Ad Subjiciendum. As grounds for this Motion petitioner states as follows:

　　1. Petitioner had start ed drafting a supplement to his pending Petition for Writ of Habeas Corpus Ad Subjiciendum, and while researching new legal issues due to subsequent events occurring by the respondents petitioner was precluded from further drafting his supplement because the case laws he needs are not available in the institution law library.

　　2. The facility Law Librarian has been on leave from work since the week of July 4, 2008, and therefore, petitioner is unable to request her to download the case laws he needs off of her computer. Petitioner is stuck between a rock and a hard place due to not having access to the case laws he need to finish drafting a supplement to his petition for Writ of Habeas Corpus.

3. The petitioner is indigent and unable to afford retained counsel.

4. The issues involved in this case, especially the supplement to the Petition for Writ of Habeas Corpus are complex.

5. The petitioner has a limited knowledge of jurisprudence.

For all the reasons set forth above and those stated in the accompanying Memorandum of Points and Authorities, petitioner prays that this honorable Court grants this motion in the fair administration of justice.

                                                    Respectfully submitted,

                                                    Melvin Crosby Bey
                                                    In propria persona
                                                    Reg. No. 01366-000
                                                    RCI/GEO
                                                    P.O. Box 630
                                                    Winton, NC 27986-0630

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN CROSBY BEY,              :

    Petitioner
                               :

v.                                  Civil Action No. 08-311 (HHK)

EDWARD F. REILLY, Jr. et al.    :

    Respondents
                               :


**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
REQUESTING APPOINTMENT OF COUNSEL PRO BONO PUBLICO**

The petitioner submits the following in support of his motion for appointment of counsel pro bono publico:

    1. Harris v. Nelson, 394 U.S. 286, 89 S. Ct. 1082, 22 L. Ed. 2d 281 (1969);

    2. Al Odah v. U.S., 346 F. Supp. 2d 1 (D.D.C. 2004);

    3. Battle v. Armontrout, 902 F.2d 701 (8th Cir. 1990);

    4. 18 U.S.C. §3006A(a)(2)(B);

    5. The inherent power of the Court; and

    6. In the fair administration of justice and the cause of this case.


                                              Respectfully submitted,

                                              Melvin Crosby Bey
                                              In propria persona
                                              Reg. No. 01366-000
                                              RCI-GEO
                                              P.O. Box 630
                                              Winton, NC 27986-0630

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN CROSBY BEY,                    :

    Petitioner
                                  :

v.                                   Civil Action No. 08-311 (HHK)

EDWARD F. REILLY, Jr. et al.    :

    Respondents
_____:

### AFFIDAVIT IN SUPPORT OF PETITIONER'S MOTION FOR THE APPOINTMENT OF COUNSEL PRO BONO PUBLICO

Melvin Crosby Bey being duly sworn, deposes and says:

1. I am the petitioner in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel pro bono publico.

2. The petition for writ of habeas corpus in this case alleges that petitioner has been subjected to a significant risk of increased punishment by respondents in violation of the Ex Post Facto Clause of the Constitution. Respondents have subjected petitioner to a significant risk of increased punishment by imposing a set-off penalty for technical parole violations under the new punitive federal regulations that were not in effect at the time of petitioner's crime/sentencing. Petitioner is presently incurring increased punishment by the respondents as a result of the more onerous and harsh new federal regulations.

3. This is a complex case because it involves legal claims that petitioner is not fully cognizant of as a layman to the science and intricacies of jurisprudence.

4. The case will possibly require discovery of documents to substantiate factual allegations of petitioner's legal claims.

5. Petitioner has been precluded from drafting a supplement to his petition for writ of habeas corpus because he's unable to ascertain the case laws he needs from the institution law library.

6. The facility Law Librarian has been on leave from work since the week of July 4, 2008, there is no substitute staff to replace her and no one knows when she will be reporting back to work. Thus, petitioner is severely handicapped in drafting his supplement legal issues of subsequent events that have occurred since petitioner filed his initial petition for writ of habeas corpus.

7. As set forth in this motion, these facts, along with the legal merit of the petitioner's claims, support the appoinment of counsel to represent the petitioner.

**WHEREFORE,** the petitioner's motion for the appointment of counsel pro bono publico should be granted in the fair administration of justice and the cause of this case.

I declare pursuant to 28 U.S.C.A. §1746 and the laws of the United States that the foregoing statements are true and correct. Executed on: <u>August 24, 2008</u>.

Melvin Crosby Bey
In propria persona
Reg. No. 01366-000
RCI-GEO
P.O. Box 630
Winton, NC 27986-0630