UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Melvin Crosby Bey, <br><br> Plaintiff, <br><br> v. <br><br> Edward F. Reilly, Jr. *et al.*, <br><br> Defendants. | Civil Action No.  08-311 (HHK) |

## ORDER

Plaintiff is a prisoner proceeding *pro se* and *informa pauperis* in this petition for a writ of habeas corpus brought under 28 U.S.C. § 2241 challenging his incarceration after a parole revocation as a violation of the prohibition of ex post facto laws.  Plaintiff has filed a motion seeking the appointment of counsel to assist him in prosecuting this case.  As reasons, he states that the prison law librarian has been on leave and unable to assist in acquiring case law that is not readily available to the prisoners, and that the issues he wishes to raise in a supplement based on events that occurred subsequent to filing his original petition are complex.  Plaintiff does not describe the subsequent events or their relation to this petition, or identify the nature of the law he considers to be complex.

A plaintiff in a civil case does not have an absolute constitutional or statutory right to court-appointed counsel.  *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981).  Where a *pro se* plaintiff is proceeding *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent the plaintiff.  Local Civil Rule 83.11(b)(3).  Any such appointment is made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain

counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. *Id.* Here, the record does not demonstrate that these factors support appointment of *pro bono* counsel. Accordingly, it is hereby

ORDERED that plaintiff's motion for a court-appointed attorney is DENIED WITHOUT PREJUDICE. Plaintiff is advised that if he wants to file a supplement and needs additional time to do so, he is free to file a motion to that effect.

DATE: September 3, 2008

/s/
Henry H. Kennedy, Jr.
United States District Judge